UNITED STATES of America, Plaintiff—Appellee,

v.

Roberto Carlos HOLLMAN–SANABRIA, Defendant—Appellant.

No. 03–10552.

D.C. No. CR–03–00100–DCB.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 14, 2004.

Julia Soto Maldonado, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

Rosemary Marquez, Montoya & Marquez, Tucson, AZ, for Defendant-Appellant.

Before CANBY, KOZINSKI, and PAEZ, Circuit Judges.

MEMORANDUM**

Roberto Carlos Hollman–Sanabria appeals the sentence imposed following his guilty plea to illegal re-entry after deportation in violation of 8 U.S.C. § 1326 with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2).

We lack jurisdiction to review the district court's decision to grant a two-level, rather than a four-level, downward depar-

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

ture for savings to the government. *United States v. Dickey,* 924 F.2d 836, 838 (9th Cir.1991) (the extent to which a district court chooses to exercise its discretion in fixing a downward departure is not reviewable on appeal). We lack jurisdiction to review the district court's failure to depart based on Hollman–Sanabria's extraordinary mental and emotional abuse as a child, where the district court stated "I am going to exercise my discretion not to depart further based on diminished capacity or any other departure, even if recognized by the guidelines." *United States v. Davoudi,* 172 F.3d 1130, 1133 (9th Cir.1999) (discretionary refusal to depart is unreviewable).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.